```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 15-02973-MDF
Ryan M. Lutz                                                        Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 1                  Date Rcvd: Oct 18, 2016
                              Form ID: 318                 Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
```
db             #+Ryan M. Lutz,    117 Kestrel Ct,    Hummelstown, PA 17036-8840
4670260         +Bureau of Account Management,    3607 Rosemont Avenue,    Suite 50,    Camp Hill, PA 17011-6904
4670261         +Central Financial Control,    P.O. Box 66044,    Anaheim, CA 92816-6044
4701820          MSHMC Physicians Group,    PO Box 854,    Hershey, PA 17033-0854
4670263         +PA Department of Revenue,    4th Walnut St Unp,    Harrisburg, PA 17121-0001
4670265         +PNC Mortgage,    P.O. Box 8703,    Dayton, OH 45401-8703
4701821         +TMSHMC Hospital,    PO Box 853,    Hershey, PA 17033-0853
4711243         +The Villas at Hershey Meadows Condominium Associat,     c/o Brian H. Smith, Esquire,
                  777 Township Line Road, Suite 120,    Yardley, PA 19067-5559
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4701900          EDI: AIS.COM Oct 18 2016 19:13:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK 73124-8838
4695511          EDI: RESURGENT.COM Oct 18 2016 19:13:00      Ashley Funding Services, LLC its successors and,
                  assigns as assignee of Syndicated,    Office Systems, Inc.,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
4670259         +EDI: ACCE.COM Oct 18 2016 19:13:00      Asset Acceptance,    P.O. Box 1630,
                  Warren, MI 48090-1630
4670262         +EDI: AMINFOFP.COM Oct 18 2016 19:13:00      First Premier Bank,    3820 North Louise Avenue,
                  Sioux Falls, SD 57107-0145
4674826          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2016 19:22:27
                  Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                  Harrisburg PA  17128-0946
4670264         +EDI: RESURGENT.COM Oct 18 2016 19:13:00      Pinnacle Credit Services,    P.O. Box 640,
                  Hopkins, MN 55343-0640
4712508         +EDI: JEFFERSONCAP.COM Oct 18 2016 19:13:00      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
```
              Brian H Smith    on behalf of Creditor    The Villas at Hershey Meadows Condominium Association
               BHS@JSDC.COM
              Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              Johanna Hill Rehkamp    on behalf of Debtor Ryan M. Lutz jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kenneth D. Henderson    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us
              Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Ryan M. Lutz** | Social Security number or ITIN    xxx−xx−2769 |
| | First Name   Middle Name   Last Name | EIN    _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN    _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:15−bk−02973−MDF** | |

## Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Ryan M. Lutz
    dba Lutz Brothers Construction

                                       **By the court:**      *Mary D. France*

October 18, 2016

                                                           Honorable Mary D. France
                                                           United States Bankruptcy Judge

                                                           By: karendavis, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

                                                           **For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**