IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:15-bk-02973-MDF

RYAN M. LUTZ

: CHAPTER 7

Debtor

## Change of Address

Previous Address:

Ryan M. Lutz
117 Kestrel Court
Hummelstown, PA 17036-8840

THE UPDATED ADDRESS IS:

Ryan M. Lutz
5 Evelyn Drive
Elizabethtown, PA 17022

_____     11/1/16
Signature of Debtor or Debtor's Attorney         Date