```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-02973-MDF
Ryan M. Lutz                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Nov 18, 2016
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.
db             +Ryan M. Lutz,    5 Evelyn Drive,    Elizabethtown, PA 17022-8489

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:
              Brian H Smith    on behalf of Creditor   The Villas at Hershey Meadows Condominium Association
               BHS@JSDC.COM, cls@jsdc.com
              Christos A Katsaounis    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              Johanna Hill Rehkamp    on behalf of Debtor Ryan M. Lutz jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kenneth D. Henderson    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us
              Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ryan M. Lutz<br>dba Lutz Brothers Construction<br>5 Evelyn Drive<br>Elizabethtown, PA 17022 | Chapter 7<br>Case No. 1:15−bk−02973−MDF |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−2769

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Leon P. Haller (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 18, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: karendavis, Deputy Clerk